1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-09-01032 DLJ |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATED REQUEST TO CONTINUE HEARING DATE TO AUGUST 13, 2010 |
| v. | ) ) | AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND ORDER |
| LYDIA ROSE JOHNSON, | ) ) ) | Hearing Date: July 23, 2010 |
| Defendant. | ) ) ) | Time:              9:00 a.m. |

The above-captioned matter is set on July 23, 2010 before this Court for a change of plea hearing. The parties jointly request that the Court continue the matter to August 13, 2010 at 9:00 a.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), between July 23, 2010 and August 13, 2010.

Ms. Johnson is charged with 20 counts of aiding and assisting in the preparation of false tax returns, in violation of 26 U.S.C. §7206(2). She faces a statutory maximum of three years imprisonment and one year of supervised release for each count.

The current status of the case is that the parties are negotiating this matter and anticipate that there will be a negotiated disposition of the case by the next appearance. In the meantime, the government has produced voluminous discovery to the defense and, while defense counsel

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-09-01032 DLJ

1  has reviewed that discovery, counsel needs additional time to discuss the discovery with her
2  client in preparation for a change of plea hearing.  Moreover, defense counsel needs additional
3  time to complete legal research regarding a restitution matter in this case.
4      The requested continuance will allow the defense to complete these necessary tasks.  For
5  this reason, the parties agree that the failure to grant this continuance would unreasonably deny
6  counsel for defendant the reasonable time necessary for effective preparation, taking into
7  account the exercise of due diligence.
8      The parties further stipulate and agree that the ends of justice served by this continuance
9  outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, the
10 parties agree that the period of time from July 23, 2010 to August 13, 2010, should be excluded
11 in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and
12 (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due
13 diligence.

15 DATED: July 19, 2010                                  /S/
                                                BLAKE D. STAMM
16                                              Assistant United States Attorney

18 DATED: July 19, 2010                                  /S/
                                                ANGELA M. HANSEN
                                                Assistant Federal Public Defender

20     I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
21 within this e-filed document.              /S/ ANGELA M. HANSEN

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given defense counsel's need to review the voluminous discovery materials with her client;

2. Given that the defense needs additional time to conduct legal research regarding a restitution issue in this case;

3. Given that these above-listed tasks are necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

4. Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial;

Based on these findings, it is ordered that the change of plea hearing date of July 23, 2010, scheduled at 9:00 a.m., is vacated and reset for August 13, 2010, at 9:00 a.m. for a change of plea hearing. It is further ordered that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from July 23, 2010 to August 13, 2010.

DATED: July 22 , 2010

_____
HON. D. LOWELL JENSEN
Senior United States District Judge